UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TREMAINE GIBBS,

                              Plaintiff,

            v.

LOS ANGELES POLICE
DEPARTMENT, *et al.*,

                              Defendants.

Case No. 2:24-cv-02893-FLA (PVC)

**ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE
[DKT. 56]**

1

Pursuant to 28 U.S.C. § 636, the court has reviewed Plaintiff Tremaine Gibbs' ("Plaintiff") Second Amended Complaint (Dkt. 20), the Report and Recommendation of the United States Magistrate Judge (Dkt. 56, "Report and Recommendation"), and the other pleadings on file.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS SO ORDERED.

Dated: April 6, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2