JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TREMAINE GIBBS,

               Plaintiff,

    v.

LOS ANGELES POLICE DEPARTMENT, *et al.*,

               Defendants.

Case No. 2:24-cv-02893-FLA (PVC)

**JUDGMENT**

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court hereby ADJUDGES the above-captioned action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: April 6, 2026



FERNANDO L. AENLLE-ROCHA
United States District Judge

1